## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. THOMAS AND ST. JOHN

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 3:24-cr-0013** |
| **v.** | ) | |
| | ) | |
| **MIGUEL ORR and ROMAINE BETTY,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**APPEARANCES:**

CHERRISSE R. WOODS, ESQ.
DELIA L. SMITH, ESQ.
ADAM FRANCIS SLEEPER, ESQ.
UNITED STATES ATTORNEY'S OFFICE
ST. THOMAS, U.S. VIRGIN ISLANDS
    *FOR PLAINTIFF THE UNITED STATES OF AMERICA*

KIA DANIELLE SEARS, ESQ.
MATTHEW A. CAMPBELL, ESQ.
OFFICE OF THE FEDERAL PUBLIC DEFENDER
ST. THOMAS, U.S. VIRGIN ISLANDS
    *FOR DEFENDANT MIGUEL ORR*

JENNIE ESPADA, ESQ.
SAN JUAN, PUERTO RICO
    *FOR DEFENDANT ROMAINE BETTY*

## <u>ORDER</u>

**BEFORE THE COURT** are the Government's Motion in Limine and to Resolve MDLEA

Jurisdiction Prior to Trial, (ECF No. 287), and the Government's Amended Motion in Limine

and to Resolve MDLEA Jurisdiction Prior to Trial, (ECF No. 293), filed on January 6, 2026.

*United States v. Miquel Orr and Romaine Betty*
Case No. 24-cr-0013
Order
Page 2 of 2

Defendant Miguel Orr filed his opposition on January 11, 2026.[1] (ECF No. 311.) Defendant Romaine Betty joined in Orr's opposition. (ECF No. 312.)

For the reasons stated in the accompanying Memorandum Opinion of even date, it is hereby

**ORDERED** that the Government's Motion in Limine and to Resolve MDLEA Jurisdiction Prior to Trial, ECF No. 287, is **GRANTED**, in part, and **DENIED,** in part; it is further

**ORDERED** that the Government's Amended Motion in Limine and to Resolve MDLEA Jurisdiction Prior to Trial, ECF No. 293, is **GRANTED,** in part, and **DENIED,** in part. The Government's request for a preliminary determination of jurisdiction is **GRANTED**. The Government's request to admit the Certification is **DENIED**; and it is further

**ORDERED** that Defendant Romaine Betty's Motion to Join Motion to (Docket 311) of Co-Defendant Miguel Orr, ECF No. 312, is **GRANTED**.

**Dated:** January 13, 2026                         */s/Robert A. Molloy*
                                                    **ROBERT A. MOLLOY**
                                                    **Chief Judge**

---

[1] Defendants also expressed their opposition to the Government's motions to file out of time on the record at the pretrial status conference held on January 6, 2026. (*See also* ECF No. 289 ¶2.)