**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>) <br>v. )<br>)<br>**MIGUEL ORR and ROMAINE BETTY,** )<br>)<br>Defendants. )<br>) | Case No. 3:24-cr-0013 |

**APPEARANCES:**

**CHERRISSE R. WOODS, ESQ.**
**DELIA L. SMITH, ESQ.**
**ADAM FRANCIS SLEEPER, ESQ.**
UNITED STATES ATTORNEY'S OFFICE
ST. THOMAS, U.S. VIRGIN ISLANDS
    *FOR PLAINTIFF THE UNITED STATES OF AMERICA*

**KIA DANIELLE SEARS, ESQ.**
**MATTHEW A. CAMPBELL, ESQ.**
OFFICE OF THE FEDERAL PUBLIC DEFENDER
ST. THOMAS, U.S. VIRGIN ISLANDS
    *FOR DEFENDANT MIGUEL ORR*

**JENNIE ESPADA, ESQ.**
SAN JUAN, PUERTO RICO
    *FOR DEFENDANT ROMAINE BETTY*

## ORDER

**BEFORE THE COURT** is Defendant Miguel Orr's ("Orr") Motion to Dismiss Counts One and Two of the Information, filed on July 15, 2024. (ECF No. 69.) Defendant Romaine Betty joined in Orr's motion to dismiss. (ECF No. 72.) The Government filed its opposition on July 29, 2024. (ECF No. 93.) On May 30, 2025, the Court held an omnibus hearing. For the reasons stated in the accompanying Memorandum Opinion of even date, it is hereby

**ORDERED** that Defendant Miguel Orr's Motion to Dismiss Counts One and Two of the Information, ECF No. 69, is **DENIED;** it is further

*United States v. Miquel Orr and Romaine Betty*
Case No. 24-cr-0013
Order
Page 2 of 2

**ORDERED** that Defendant Romaine Betty's Motion to Join Motion to (Docket 69) of Co-Defendant Miguel Orr, ECF No. 72, is **GRANTED.** To the extent Defendant Betty joins in the arguments as asserted in Defendant Orr's Motion to Dismiss and seeks a dismissal of Counts One and Two, that motion is **DENIED.**

**Dated:** January 22, 2026                              */s/Robert A. Molloy*
                                                                                 **ROBERT A. MOLLOY**
                                                                                 **Chief Judge**